# United States District Court

NORTHERN DISTRICT OF INDIANA

FILED
05 SEP -9 PM 2:54

UNITED STATES OF AMERICA
v.

RUDOLFO HEREDIA
324 EAST 138TH STREET
RIVERDALE, ILLINOIS

WARRANT FOR ARREST

CASE NO: 2:05MJ189

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RUDOLFO HEREDIA and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging that him or her did;

Travel from Illinois to Indiana with the intent to kill, injure harass, or intimidate another person, and in the course of, or as a result of said travel, placed that person in reasonable fear of death or serious bodily injury

SEP -9 2005

in violation of Title 18 United States Code Section 2261A.

PAUL R. CHERRY
Name of Issuing Officer

S/Paul R. Cherry
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

September 9, 2005 , Northern District of Indiana
Date and Location

(By) Deputy Clerk

Bail fixed at $ NO BAIL   by PAUL R. CHERRY - U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Hammond_ | | |
| DATE RECEIVED 09/09/05 | NAME AND TITLE OF ARRESTING OFFICER DUSM James B. Mounts | James B. Mounts |
| DATE OF ARREST 09/09/05 | | |