# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  INDIANA

UNITED STATES OF AMERICA

V.

RUDOLFO HEREDIA

**EXHIBIT AND WITNESS LIST**

Case Number:  2:05-MJ-189

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Paul Cherry | Arlington Foley | AUSA Philip Benson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Detention Hearing 9/14/05 | Digitally Recorded | Susan Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/14/05 | Witness | | John Dougherty, Detective-Chicago Police |
| 1 | | | X | X | CD Rom - Segments of Statement R Heredia |
| 2 | | | X | X | Criminal History Report CPD (1pp) 10/20/93 R Heredia |
| 3 | | | X | X | Arrest Report Alsip PD (8pp) Misdemeanor Complaint 8/7/96 R Heredia |
| 4 | | | X | X | Arrest Report Dolton IL (5pp) Date Offense 7/12/01 R Heredia |
| 5 | | | X | X | Arrest Report Calumet Park IL (5pp) 9/13/05 R Heredia |
| 5 | | | X | X | Case Supplementary Report Chicago PD (4pp) Date Occurrence 7/30/05 R Heredia |
| | | | | | ****************Exhibit returned to Counsel for Government***************** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages