

FILED
SEP 22 2005
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 2:05CR143 |
| ) | |
| v. ) | |
| ) | 18 USC 2261A |
| RUDOLFO HEREDIA ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

In or about early to mid April, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**RUDOLFO HEREDIA**

did travel in interstate commerce, that is, from Illinois to Indiana, with the intent to injure, harass, and intimidate another person known to the Grand Jury as S.A., and in the course of, and as a result of such travel, placed S.A in reasonable fear of death or serious bodily injury.

All in violation of Title 18, United States Code, Section 2261A.

A TRUE BILL:

S/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:     S/ Philip C. Benson
        Philip C. Benson
        Assistant United States Attorney