FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

05 DEC -9 AM 9: 16

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 2:05 CR 143 PS |
| v. ) | |
| ) | 18 USC 2261 |
| RUDOLFO HEREDIA ) | 18 USC 2261A |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

In or about early to mid April, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**RUDOLFO HEREDIA**

did travel in interstate commerce, that is, from Illinois to Indiana, with the intent to injure, harass, and intimidate S.A., the intimate partner of Rudolfo Heredia, and in the course of, and as a result of such travel, did commit a crime of violence, to wit: burglary of a residence.

All in violation of Title 18, United States Code, Section 2261.

**THE GRAND FURTHER JURY CHARGES:**

## COUNT 2

In or about early to mid April, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**RUDOLFO HEREDIA**

did travel in interstate commerce, that is, from Illinois to Indiana, with the intent to injure, harass, and intimidate S.A., the intimate partner of Rudolfo Heredia, and in the course of, and as a result of such travel, did place S.A., in reasonable fear of death or serious bodily injury.

All in violation of Title 18, United States Code, Section 2261A.

A TRUE BILL:

_S/ Foreperson_
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   _S/ Philip C. Benson_
Philip C. Benson
Assistant United States Attorney