UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CAUSE NO: 2:05 CR 143 |
| | ) | |
| RUDOLPHO HEREDIA | ) | |

## MOTION FOR ORDER TO PRODUCE STATEMENT AND TRANSCRIPT

Comes now the Defendant, Rudolpho Heredia, by and through counsel, and moves the Court to order that the government provide the Defendant with a condensed discernable version of the Defendant's visually "taped" statement and a typed transcript thereof and in support thereof says:

1. That the government has provided the Defendant's attorney with six (6) discs which proportedly contain thirty (30) hours of video/audio tape of the Defendant, Rudolpho Heredia, whole he was confined in the State of Illinois immediately subsequent to his arrest.

2. That said CDs can only be played on a computer and are said to contain statements/confessions of the Defendant, however the vast majority of the CDs are of the Defendant sitting alone in a jail cell.

3. That the government has advised Defendant's attorney that the statements/confessions of the Defendant are broken up into a variety of segments/interviews which are dispersed over the entire six (6) CDs without any information being given as to exactly where the statements can be found therein.

4. That the Defendant's attorney, two members of his staff and another person have attempted to play, find and retrieve the statements of the Defendant on said CDs however, all have been unsuccessful in doing so.

5. That the Defendant's attorney has contacted an outside business in an effort to retrieve said statements, condense same and make a copy that can be easily played and watched.  Defendant's attorney was told that without the relevant segments

-2-

   being previously located, it would cost at least eight hundred dollars ($800.00) to nine hundred dollars ($900.00) to locate them and re-record them as requested.

6. That the Defendant has been deemed indigent by the Court and cannot afford to pay said costs.

7. That the Defendant's attorney has been given another CD, by the government, which is approximately eleven (11) minutes long and which contains a collage of the portion(s) of the Defendant's statements that the government intends to introduce into evidence at trial.  This collage of statements is only a part of what is contained on the original set of CDs referred to herein above and the individual portions are scattered throughout the entire six CD set.

8. That without the relief requested herein, i.e.; a playable condensed version of the entirety of any and all interviews of the Defendant and all of his statements/confessions and a transcription thereof, it is impossible for Defendant's counsel to formulate objections to the government's exhibit and impossible for Defendant's counsel to ask for redactions, deletions, or additions to said exhibit.

**WHEREFORE:**  The Defendant, Rudolpho Heredia, moves the Court to order the government to immediately produce a condensed discernable version of the Defendant's visually "taped" statement and a typed transcript thereof.

RESPECTFULLY SUBMITTED:   s/Arlington J. Foley
                          Arlington J. Foley
                          Attorney for Defendant


**CERTIFICATE OF SERVICE**

I certify that on the 30th day of December, 2005 service of a true and complete copy of the Motion for Order to Produce Statement and Transcript was made upon each party or attorney of record herein by the electronic case filing system (ECF).

By:   s/Arlington J. Foley
      Arlington J. Foley
      Attorney at Law