UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,          )<br>                                       )<br>     vs.                             )<br>                                       )<br>RUDOLFO HEREDIA,        )<br>          Defendant.         ) | CASE NUMBER: 2:05 CR 143 PS |

## ORDER FOR JURY MEALS

**IT IS THE ORDER** of this Court that for security and publicity reasons the Jury in this case be committed to the custody of the U.S. Marshals, duly sworn, and furnished meals for each day of trial, including deliberation, as directed by the Court; and

**IT IS FURTHER ORDERED** that the Clerk of Court for the Northern District of Indiana be authorized to make payment for all food furnished said Jury and U.S. Marshals out of the appropriation provided therefore at the expense of the United States of America.

ENTER:   January 3, 2006

                                                          S/Philip P. Simon
                                                          PHILIP P. SIMON, JUDGE
                                                          UNITED STATES DISTRICT COURT