UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05 CR 143 PS |
| | ) | |
| RUDOLFO HEREDIA, | ) | |
| Defendant. | ) | |

## ORDER

As provided in Local Rule 79, the clerk is **ORDERED** to return to counsel all exhibits, either offered or admitted in evidence, and any demonstrative exhibits, and to obtain a receipt therefor.  The items are to be retained by the attorney producing them and remain subject to the orders of this court.  Upon request, counsel shall make either the original items or copies thereof available to opposing counsel for the designation or preparation of a record upon appeal.  It is the responsibility of counsel to maintain the integrity of all exhibits and they are not to be altered, modified or destroyed, without court order.

ENTER:   January 5, 2006              S/Philip P. Simon
                                      PHILIP P. SIMON
                                      United States District Court Judge