**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:05-CR-143 PS |
| | ) | |
| RUDOLFO HEREDIA | ) | |

**COURT'S PROPOSED VERDICT FORM**

Date: January 5, 2005                                    s/ Philip P. Simon
                                                        Philip P. Simon, Judge
                                                        United States District Court

Verdict Form

Count 1

    As to Count 1 of the indictment, we the jury hereby find the defendant, Rudolfo Heredia:

\_\_\_\_\_ Guilty      \_\_\_\_\_ Not Guilty

_____     _____
Foreperson                                            Date

_____     _____
Juror                                            Date

_____     _____
Juror                                            Date

_____     _____
Juror                                            Date

_____     _____
Juror                                            Date

_____     _____
Juror                                            Date

_____     _____
Juror                                            Date

_____     _____
Juror                                            Date

_____   _____
Juror                             Date


_____   _____
Juror                             Date


_____   _____
Juror                             Date

Count 2

      As to Count 2 of the indictment, we the jury hereby find the defendant, Rudolfo Heredia:

_____ Guilty      _____ Not Guilty

_____     _____
Foreperson                                         Date

_____     _____
Juror                                              Date

_____     _____
Juror                                              Date

_____     _____
Juror                                              Date

_____     _____
Juror                                              Date

_____     _____
Juror                                              Date

_____     _____
Juror                                              Date

_____     _____
Juror                                              Date

_____     _____
Juror                                              Date

_____    _____
Juror                             Date


_____    _____
Juror                             Date


_____    _____
Juror                             Date