**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:05-CR-143 PS |
| | ) | |
| RUDOLFO HEREDIA | ) | |

**<u>FINAL VERDICT FORM</u>**

Verdict Form

Count 1

As to Count 1 of the indictment, we the jury hereby find the defendant, Rudolfo Heredia:

_____ Guilty          _____ Not Guilty


_____          _____
Foreperson                                              Date


_____          _____
Juror                                                   Date


_____          _____
Juror                                                   Date


_____          _____
Juror                                                   Date


_____          _____
Juror                                                   Date


_____          _____
Juror                                                   Date


_____          _____
Juror                                                   Date


_____          _____
Juror                                                   Date


_____          _____
Juror                                                   Date

2

_____          _____
Juror                                     Date


_____          _____
Juror                                     Date


_____          _____
Juror                                     Date

Count 2

As to Count 2 of the indictment, we the jury hereby find the defendant, Rudolfo Heredia:

_____ Guilty          _____ Not Guilty

_____          _____
Foreperson                                              Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

_____          _____
Juror                                                   Date

4

_____          _____
Juror                                     Date


_____          _____
Juror                                     Date


_____          _____
Juror                                     Date