**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:05-CR-143 PS |
| | ) | |
| RUDOLFO HEREDIA | ) | |

**FINAL VERDICT FORM**

Verdict Form

Count 1

As to Count 1 of the indictment, we the jury hereby find the defendant, Rudolfo Heredia:

_____ Guilty          __x__          Not Guilty

S/Juror                                          1/5/2006
Foreperson                                    Date

S/Juror                                          1/5/2006
Juror                                            Date

S/Juror                                          1/5/2006
Juror                                            Date

S/Juror                                          1/5/2006
Juror                                            Date

S/Juror                                          1/5/2006
Juror                                            Date

S/Juror                                          1/5/2006
Juror                                            Date

S/Juror                                          1/5/2006
Juror                                            Date

S/Juror                                          1/5/2006
Juror                                            Date

| | |
|---|---|
| S/Juror | 1/5/2006 |
| Juror | Date |
| | |
| S/Juror | 1/5/2006 |
| Juror | Date |
| | |
| S/Juror | 1/5/2006 |
| Juror | Date |
| | |
| S/Juror | 1/5/2006 |
| Juror | Date |

Count 2

As to Count 2 of the indictment, we the jury hereby find the defendant, Rudolfo Heredia:

\_\_\_\_\_ Guilty        \_\_x\_\_        Not Guilty


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Foreperson                                              Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date


<u>S/Juror</u>                                                    <u>1/6/2006</u>
Juror                                                   Date

<u>S/Juror</u>                                          <u>1/6/2006</u>
Juror                                             Date

<u>S/Juror</u>                                          <u>1/6/2006</u>
Juror                                             Date

<u>S/Juror</u>                                          <u>1/6/2006</u>
Juror                                             Date