AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Indiana

UNITED STATES OF AMERICA

V.

RUDOLFO HEREDIA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  2:05 CR 143 PS

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

S/Philip P. Simon
Signature of Judge

Philip P. Simon, U.S. District Court Judge
Name and Title of Judge

January 6, 2006
                Date

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Indiana

UNITED STATES OF AMERICA

V.

RUDOLFO HEREDIA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  2:05 CR 143 PS

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

S/Philip P. Simon
Signature of Judge

Philip P. Simon, U.S. District Court Judge
Name and Title of Judge

January 6, 2006
                Date

# UNITED STATES DISTRICT COURT

_____Northern_____ DISTRICT OF _____Indiana_____

UNITED STATES OF AMERICA

V.

RUDOLFO HEREDIA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   2:05 CR 143 PS

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

S/Philip P. Simon
Signature of Judge

Philip P. Simon, U.S. District Court Judge
Name and Title of Judge

January 6, 2006
               Date